# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry Eugene Cureton,

       Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:06-cv-195-1-MU

John J. Lamanna,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2006 Order.

**Signed: May 3, 2006**

Frank G. Johns, Clerk
United States District Court